**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARRYL KNIGHTS,<br><br>                    Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>                    Defendant. | CASE NO. 1:24-cv-08556-PK<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff DARRYL KNIGHTS ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement in principle, and that the parties anticipate filing a Stipulation of Dismissal with prejudice pursuant to FRCP 41(a) within sixty (60) days.

Dated: Brooklyn, New York
        February 12, 2025

                                              LAW OFFICES OF STUART WERBIN
                                              *Attorneys for Plaintiff*

                                              By:  s/ *Stuart D. Werbin*
                                                        Stuart D. Werbin, Esq.
                                                        1620 Avenue I, Suite 119
                                                        Brooklyn, NY 11230
                                                        Tel (646) 942-7464
                                                        werbinlaw@gmail.com