# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Darryl Knights,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Equifax Information Services LLC,<br><br>　　　　　Defendant. | Case No. 1:24-cv-08556-PK<br><br>CIVIL ACTION |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice, without costs to either party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:　　March 12, 2025

| | |
|---|---|
| */s/ Stuart D. Werbin*<br>Stuart Werbin, Esq.<br>**Law Offices of Stuart Werbin**<br>1620 Avenue I, Suite 119<br>Brooklyn, New York 11230<br>Phone: (646) 942-7464<br>Email: werbinlaw@gmail.com<br>Attorney for Plaintiff | */s/ Forrest M. Seger III*<br>Forrest M. "Teo" Seger III, Esq.<br>**CLARK HILL PLC**<br>1180 6th Ave., 19th Floor, Suite 1910<br>New York, NY 10036<br>2301 Broadway St.<br>San Antonio, Texas 78215<br>Phone: (210) 250-6000<br>Email: tseger@clarkhill.com<br>Attorney for Defendant Equifax Information Services, LLC |